E-FILED
Wednesday, 11 July, 2007 02:35:50 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

DWAYNE-GRIFFIN
#N03392  **Plaintiff**   )
)
)
**vs.**   )
)   **Case No.** __
)
Rod-R-Blagojevich   )
Roger-E-Walker-JR.   )
Eddie-Jones-   )
Robert-S.Smithson   )
John-mimenabb  **Defendant(s)**   )
et, AL.

## COMPLAINT

**⚹** 42 U.S.C. §1983 (suit against state officials for constitutional violations)

❑ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

❑ Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, DWAYNE-GRIFFIN#N03392, and states as follows:

My current address is: B-R-4-BOX-196
mt-Sterling-ILLINOIS-62353

The defendant Rod-R.Blagojevich, is employed as GOVERNOR-OF-ILLINOIS
ILLINOIS at 207-State-house-Springfield-ILL

The defendant Roger-E-walker-JR, is employed as Director-of-Illinois 68794-9277.
Department-of-Corrections at 1301-Concordia-court P.O.BOX1277
Springfield-ILL 62794

The defendant Eddie-Jones-, is employed as WARDEN-of-PONTIAC
Correctional-Center- at 700-West-Lincoln-Street-P.O.BOX 99
PONTIAC-ILL 61764

The defendant Robert S.Smithson, is employed as Correctional-officer
PONTIAC-Correctional-Center- at 700-West-Lincoln-Street-P.O.
BOX-99-Pontiac
ILLINOIS-61764

(revised 9/96)



The defendant JOhN -M. MCNABB, is employed as OFFICER =CHAIR PERSON -of-Committee- at PONtiAC-CORR-Center 700 west LiNColN Street- P.O. BOX 99 PONtiAC. ILL -61764

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?        Yes   ✗        No ☐

If yes, please describe WRONGFUL-SEGReg AtiON -UNSAFe- DANGeROUS CONt. WRONGFUL-Cell-CAPACity

B. Have you brought any other lawsuits in state or federal court while incarcerated?
        Yes ✗        No ☐

C. If your answer to B is yes, how many? 12  Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

Plaintiff(s) DWAYNE-GRiFFiN #N03392

Defendant(s) ROd-BIAgoJevich-RogeR-WAlkeR-Tom-weyer JoliusF iNNG -JAy meRCMANt-michAel-ShehAN CAlle-BAiRd-PSexico- LiNdu hoopeR

2. Court (if federal court, give name of district; if state court, give name of county)

NORthERN-SOuthcRN- OF-ILLINOiS

3. Docket Number/Judge JAme- holJenmuN-FOReMAN-ReAgAN 06- mORPhy-65-06763- 05-6541- 315- 318-319-320

4. Basic claim made WRONGFUL-segReg AtiON UNfAfe-CONt. WRONgFUL Cell-CAPACity.

5. Disposition (That is, how did the case end.  Was the case dismissed?  Was it appealed?  Is it still pending?) PeNdiNg-AND- APPeAliNg.

6. Approximate date of filing of lawsuit *11-17-2005 — 11-30-2005 - 4-24-2006*

7. Approximate date of disposition *11-17-2007 - 8-24-2007*

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☒  No ☐

If your answer is no, explain why not *yes - All - Responses - Are - Inclosed - with - THE - Complaint*

C. Is the grievance process completed?  Yes ☒  No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON*

*FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND*

*UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES.  PLEASE ATTACH*

*COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.* Yes - Appeals - Appeals And - All - Judgements - And - Decision - Are - Inclosed with - THE - Civil - Rights - Complaint - Theres Copys - for - The - Courts - Clerk - And - Jury Inclosed.

P.O. BOX 99-PONTIAC
700West-LINCON-St
IL 61764

## STATEMENT OF CLAIM

**Place of the occurrence** PONTIAC-CORRECTIONAL-CenTER-SegRegATION-UNIT NORTH

**Date of the occurrence** NOVEMBER-5-2006-

**Witnesses to the occurrence** OFFICER-DUZAN-7-3-Shift

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims*
*should be raised in a separate civil action.*
**THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.**

ON-NOVEMBER-5th-2006-BetWeen-The-hours-of-8:00AM
To-9:00AM-I-The-PLAINtiFF-DWAYNE-GRIFFIN-Was-having
his-PRASE-AND-PRAYER-WORShip-SerVies-AND-Singing
IN-his-Cell-616-AS-Always-ON-This-DATE-of-11-5-2006
I-PLAINtiFF-DWAYNE-GRIFFIN-WAS-Told-By-officer-Robert
S.SmithSoN-of-The-7-3-Shift-To-PACK-my-PROPERTy-
That-I-The-PLAINtiFF-DWAYNE-GRIFFIN-That-I-WAS-
Being-Removed-FROM-Cell-616-I-The-PLAINtiFF-DWAYNE
GRIFFIN-WAS-hand-Cuffed-By-officer-Robert S.SmithSoN
with-The-Super-TORTureing-handCuffes-Behind-my
BACK-AFTER-Being-handCuffed-Behind-my-BACK-By
officer-Robert-S.SmithSoN-He-Begain-To-PuLL
AND-Push-The-PLAINtiFF-hands-To-The-BACK
of-his-head-TEARING-AND-BREAKING-AND
Ripping-The-muscles-IN-The-PLAINtiFF-
Left-AND-Right-ARMS-AND-BACK-AND-
NeCK-CAuseing-The-PLAINtiFF-DWAYNE-
GRIFFIN-To-Recieve-EmergeNCy-

medical-care-And-Treatment-And-Threating
And-Telling-The-Plaintiff-Dwayne-Griffin-He
Has-No-Right-To-pray-sing-or-To-worship-
Anything-Taking-All-The-Plaintiffs-Bible
Study-All-The-Plaintiffs-Bibles-All-Bible-
Study-Certificates-All-The-Plaintiffs
Legal-papers-And-moving-the-Plaintiff
Dwayne-Griffin-To-cell-639-Behind-A-
Steel-Door-And-Writting-The-Plaintiff
Dwayne-Griffin-A-Falsemade-up-Disciplinary
Report-the-Body-of-the-Plaintiff-Dwayne
Griffin-will-Prove-his-case-Against-the
defendants-No-Inmates-Are-Allow-To-Atten
Any-Religious-Servies-At-The-Pontiac
Corr-Center-Froceing-The-Plaintiff-Into-Cell
639-with-more-Rats-Running-Into-The-Cell-
Trying-To-Bite-The-Plaintiff-Dwayne-Griffin
For-Food-on-A-Daily-Bases-The-false-made
up-Court-Hearings-And-Procedures-And
Proceeding-Rats-dropping-And-Urine
All-over-The-Cell-639-Locked-In-The-Cell-24-
Hours-A-Day-Perpare-And-Ready-To-Die-They
Can-Not-say-They-did-not-Do-it-The-Evidence-will
Prove-The-Plaintiff-Dwayne-Griffin-case
Against-The-defendants. Beating-The-Plaintiff
Dwayne-Griffin-Inside-cell-639-



## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

That the defendants frist be prosecuted to the fullness of the law and that I plaintiff Dwayne Griffin be awarded $900,000 in punitive dameges and $900,000 in monetary dameges from the defendants because they refuse to correct and resolve these matters and that they pay all court fees all attorney fees

---

**JURY DEMAND**        Yes ☒            No ☐

Signed this **28th** day of **June**, **2007**

*Dwayne Griffin*
( Signature of Plaintiff)

| Name of Plaintiff: DWAYNE GRIFFIN | Inmate Identification Number: #N03392 |
|---|---|
| Address: R-R-4-BOX 196 mt-Sterling-Ill 62353 | Telephone Number: |

6

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: __GRIFFIN__          __Dwayne__                   —    __N03392__
                 Last Name                          First Name              MI          ID#

Facility: __WIL__

☑ Grievance (Local Grievance # (if applicable): _____)   or   ☐ Correspondence
Received: __5 , 3 , 07__   Regarding: __STAFF CONDUCT   (1/12/07 - POH)__
              Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____/_____/_____.
                                                                          Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

_____

Completed by: __BRIAN FAIRCHILD__          _Brian Fairchild_          __6 , 4 , 07__
                        Print Name                              Signature                    Date

Distribution: Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

TAKE-Notize-of-Appealing-All-Judgements-And-All-Decision-To-The-Director-of-ILLinois Department-of-CORRECTIONS-(Roger-E.walker JR.)-All-GRIEVANCE-At-The-PONTIAC CORRECTIONAL-Center.

Dated: 1-25-07

Respectfully-Submitted

Dwayne Griffin
#N03392
P.O. Box-99
PONTIAC IL-61764

RECEIVED

MAY 0 3 2007

OFFICE OF
INMATE ISSUES

TAKE-NOTICE-OF-Appealing-All-Judgement

AND-All-Decision-To-THE-GOVERNOR-

OF-ILLINOIS

Rod-R. Blagojoevich

GRievANce-At-THe-PontiAc-CoRR-

Center,

RECEIVED

MAY 0 3 2007

OFFICE OF
INMATE ISSUES

DAted-1-25-07

Respectfully-submitted

Dwayno Griffin

#N03392

P.O. Box 99

PontiAc- IL-61764

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## PROGRAM COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** GRIFFIN, DWAYNE | **IDOC Number:** N03392 | **Race:** BLK |
| **Hearing Date/Time:** 11/9/2006  09:05 AM | **Living Unit:** PON-N-06-39 | **Orientation Status:** N/A |
| **Incident Number:** 200604258/1 - PON | **Status:** Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 11/5/2006 | 200604258/1-PON | SMITHSON, ROBERT S | NORTH HOUSE | 08:35 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 403 | Disobeying A Direct Order | Guilty |
| 304 | Insolence | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
REPORT READ. OFFENDER PLED NOT GUILTY. HE STATES HE WAS PRAYING. HE ADMITS CLAPPING AND PRAYING.

## BASIS FOR DECISION
BASED ON THE OBSERVATION OF THE REPORTING EMPLOYEE; ADMISSION BY OFFENDER; AND POSITIVE ID MADE, THE PROGRAM TEAM IS SATISFIED THE VIOLATIONS DID OCCUR.

## DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| 1 Months C Grade | 1 Months C Grade |
| **Basis for Discipline:** NATURE OF OFFENSE | |

## Signatures
### Hearing Committee

MCNABB, JOHN M  - Chair Person

| Signature | Date | Race |
|---|---|---|
| | 11/09/06 | WHI |

Recommended Action Approved

**Final Comments:** N/A

EDDIE  JONES / PP  11/9/2006

**Chief Administrative Officer**          Signature          Date 11/09/06

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**          **When Served  - - Date and Time** 11-16-06 3:00pm

# RECEIVED

### NOV 2 8 2006

## OFFICE OF
## INMATE ISSUES

11-5-06

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT**

Griffin N03342

Page ____ of ____

☐ Disciplinary Report ______ Date ______ ☐ Investigative Report ______ 6-16 Date

Committed Person: ______ No. ______ Facility: ______

Observation Date: ______ Time: ______ am/pm Location: ______

403 Disobeying a direct order, 304 insolence [illegible]

PRINT Employee's Name — Employee's Signature/Date/Time

Offense: 504 B / A / C

Observation: [illegible] Griffin [illegible] to you and [illegible] this [illegible] ordered Griffin to [illegible] Down, with no compliance. Griffin Then [illegible] to [illegible] to Get The Hell off his Door. Griffin Then [illegible] you as [illegible] as he [illegible] [illegible] by [illegible] Names.

Witnesses, if any: ______

**NOTE:** Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement ☐ Investigative Status Reasons: ______

PRINT Name — Shift Supervisor's Signature and Date (For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer Comment: ______

PRINT Name — Signature/Date

☐ MAJOR, submitted to Adjustment Committee ☐ MINOR, submitted to Program Unit

PRINT Name — Reviewing Officer's Signature and Date

☐ Reviewed by Hearing Investigator: ______ PRINT Name ______ Signature and Date
(Adult Division Major Reports Only)

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person's Signature and Number ______ Committed Person Refused to Sign ☐

PRINT Serving Employee's Name — Serving Employee's Signature — Date and Time Served am/pm

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: ______ Committed Person's Signature and Number

(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)

RECEIVED
NOV 28 2006
OFFICE OF INMATE ISSUES

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of ______ Date

NAME OF WITNESS: ______ Number/Cell/Title: ______

Witness can testify to: ______

NAME OF WITNESS: ______ Number/Cell/Title: ______

Witness can testify to: ______

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

| Date: 1-8-2006 | Committed Person: (Please Print) Dwayne Griffin | ID#: N03392 |
| Present Facility: Pontiac – C.C. | Facility where grievance issue occurred: Pontiac – C.C. |

NATURE OF GRIEVANCE:

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ Disability
☒ Staff Conduct   ☐ Dietary   ☐ Medical Treatment   ☐ Other Body-Injury
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator

NOV 9 2006
WARDEN'S OFFICE
PONT. CORR. CENTER

☒ Disciplinary Report: 1 - 5, 2006   Pontiac – Corr – Center
   Date of Report        Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: On – November – 5th – 2006 – Between
The – Hours of – 7am to 9am – I – Inmate – Dwayne
Griffin – was – having – his – monring – Praise – and
worship – servies – and – singing – in – his – cell –
616 – As – Always – on – This – Date – of – 11-5-2006 – I – Inmate
Dwayne – Griffin – was – Told – By – Officer – R. Smithson
To – pack – his – property – That – was – Being – Removed – From
cell – 616 – I – Inmate – Dwayne – Griffin – was – handcuffed
Behind – his – Back – By – Officer – R. Smithson – I – Inmate
Dwayne – Griffin – Left – hand – and – Arm – was – pulled

Relief Requested: To – Recieve – All – personal – property – Bible – Legal
Mail – Legal – document – Bible – Studys – and – That –
Officer – R. Smithson – Be – fire – and – prosecuted – To – The – Law

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Dwayne Griffin                    N03392    11, 8, 06
Committed Person's Signature         ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to
                                                                          Administrative Review Board, P.O. Box 19277,
                                                                          Springfield, IL 62794-9277

Response: _____

_____
Print Counselor's Name         Counselor's Signature         Date of Response

---

**EMERGENCY REVIEW**

Date Received: 11 / 13 / 06   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                                  ☒ No; an emergency is not substantiated.
                                                                                     Committed person should submit this grievance
                                                                                     in the normal manner.

                                                                                  11, 15, 06
Chief Administrative Officer's Signature                                            Date

**COMMITTED PERSON'S GRIEVANCE** (Continued)

7-3 Shift

UPWARD - By - Officer - R. Smithson - Injury - And - Tearing
To - Break - I - Inmate - Dwayne - Griffin - Left
ARM - And - hand - All - Personal - Property
Was - Taken - Away - By - Officer - R. Smithson
All - Legal - papers - Court - Records - Legal -
mail - No - Court - gave - Any - Orders - To -
Take - Any - Personal - Property - From - I - Inmate
Dwayne - Griffin - The - Officer - R. Smithson
walks - Around - The - Prison - Causeing - And
making - Trouble - for - All - Inmates - All -
Bible - Study - and - Bible - Was - Taken -
Away - By - Officer - R. Smithson - 7-3-Shift
I - Was - moved - To - Cell - 639 - I - Was -
written - A - False - made - Up - Disciplinary
Report - For - Singing - And - Clapping - my - hand
To - God - , I - is - All - Inmates - Right - To -
Worship - There - Believes - He - Can - Not -
Say - He - did - Not - Do - it - Please - Read
The - Disciplinary - Report - Dated - 11-5-06
By - Officer -

①