E-FILED
Wednesday, 11 July, 2007 02:37:30 PM
Clerk, U.S. District Court, ILCD

7/18/02

UNITED STATES DISTRICT COURT FOR THE
~~CENTRAL~~ DISTRICT OF ILLINOIS
*Central*

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

*Dwayne-Griffin*
Plaintiff

v.

*Rod R-Blagojevich et. Al.*
Defendant(s)

CASE NUMBER _____

JUDGE _____

---

*Wherever □ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, *Dwayne-Griffin*, declare that I am the ☒plaintiff □petitioner □movant (other _____) in the above-entitled case. This affidavit constitutes my application □ to proceed without full prepayment of fees, or □ in support of my motion for appointment of counsel, or □ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☒Yes   □No   (If "No," go to Question 2)
   I.D. # *N03592*   Name of prison or jail: *Western-Illinois*
   Do you receive any payment from the institution? ☒Yes ☒No   Monthly amount: ~~None~~ *State-Pay-$10.00 Dollars*

2. Are you currently employed?   □Yes   ☒No
   Monthly salary or wages: *None*
   Name and address of employer: *None*

   a. If the answer is "No":
      Date of last employment: *None*
      Monthly salary or wages: *None*
      Name and address of last employer: *None*

   b. Are you married?   □Yes   ☒No
      Spouse's monthly salary or wages: *None*
      Name and address of employer: *None*

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages
      Amount *None*   Received by *None*   □Yes   ☒No

Date: 1/8/2007
Time: 9:34am
d_list_inmate_trans_statement_composite

# Pontiac Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 10/08/2006 thru End;   Inmate: N03392;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N03392 Griffin, Dwayne**                **Housing Unit: PON-N -06-39**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance: |  | -34.24 |
| 11/13/06 | Mail Room | 01 MO/Checks (Not Held) | 317262 | 509325 | Griffin, Hope | 50.00 | 15.76 |
| 11/15/06 | Disbursements | 84 Library | 319320 | Chk #61084 | 481625, DOC: Library Copies, Inv. Date: 08/28/2006 | -8.60 | 7.16 |
| 11/15/06 | Disbursements | 84 Library | 319320 | Chk #61084 | 484446, DOC: Library Copies, Inv. Date: 09/29/2006 | -.60 | 6.56 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 480815, Pitney Bowes Bank, Inc, Inv. Date: 08/21/2006 | -.39 | 6.17 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 485042, Pitney Bowes Bank, Inc, Inv. Date: 10/03/2006 | -.78 | 5.39 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 487718, Pitney Bowes Bank, Inc, Inv. Date: 10/27/2006 | -.78 | 4.61 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 484561, Pitney Bowes Bank, Inc, Inv. Date: 09/29/2006 | -.63 | 3.98 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 480226, Pitney Bowes Bank, Inc, Inv. Date: 08/17/2006 | -1.35 | 2.63 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 486892, Pitney Bowes Bank, Inc, Inv. Date: 10/19/2006 | -.39 | 2.24 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 487074, Pitney Bowes Bank, Inc, Inv. Date: 10/23/2006 | -.39 | 1.85 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 479861, Pitney Bowes Bank, Inc, Inv. Date: 08/15/2006 | -.63 | 1.22 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 482021, Pitney Bowes Bank, Inc, Inv. Date: 08/31/2006 | -.39 | .83 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 481509, Pitney Bowes Bank, Inc, Inv. Date: 08/28/2006 | -.39 | .44 |
| 11/15/06 | Disbursements | 81 Legal Postage | 319320 | Chk #61086 | 486102, Pitney Bowes Bank, Inc, Inv. Date: 10/13/2006 | -.39 | .05 |

|  |  |
|---|---|
| Total Inmate Funds: | .05 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 12.79 |
| Funds Available: | -12.74 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 09/26/2006 | 484286 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $4.83 |
| 10/18/2006 | 486697 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 10/25/2006 | 487451 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 11/01/2006 | 488105 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 11/09/2006 | 488875 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.39 |
| 11/13/2006 | 489073 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.39 |
| 11/27/2006 | 490124 | Disb | Library | 2 DOC: 523 Fund Library | $0.40 |
| 11/27/2006 | 490309 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.39 |

| | |  | |
|---|---|---|---|
| Date: 1/8/2007 | | **Pontiac Correctional Center** | Page 2 |
| Time: 9:34am | | **Trust Fund** | |
| d_list_inmate_trans_statement_composite | | Inmate Transaction Statement | |

REPORT CRITERIA - Date: 10/08/2006 thru End;    Inmate: N03392;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: N03392 Griffin, Dwayne**                                **Housing Unit: PON-N -06-39**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 12/11/2006 | 492111 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.39 |
| | | | | **Total Restrictions:** | **$12.79** |

(UNIT-I-B-Cell-26) This-is-my-Second Request

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 5-31-2007

*Dwayne Griffin*
Signature of Applicant

DWAYNE-GRIFFIN
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Griffin, Dwayne I.D.# N03392, has the sum of $ -11.34 on account to his/her credit at (name of institution) WICC.
I further certify that the applicant has the following securities to his/her credit: Not known. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

6/11/07
DATE

Stephanie Downs *Downs*
SIGNATURE OF AUTHORIZED OFFICER

Stephanie Downs, Account Tech I
(Print name)

rev. 7/18/02

-3-

SD428

Date: 6/11/2007
Time: 1:17pm
d_list_inmate_trans_statement_composite

**Western Illinois Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 11/01/2006 thru End;   Inmate: N03392;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N03392 Griffin, Dwayne**                    **Housing Unit: WIL-01-B -26**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance: |  | 0.00 |
| 05/08/07 | Mail Room | 04 Intake and Transfers In | 128215 | 62946 | Pontiac C.C. | -4.67 | -4.67 |
| 05/11/07 | Payroll | 20 Payroll Adjustment | 131133 |  | P/R month of 04/2007 | 1.70 | -2.97 |
| 05/13/07 | Mail Room | 04 Intake and Transfers In | 138215 | 63109 | Pontiac C.C. | 2.04 | -.93 |
| 05/31/07 | Mail Room | 01 MO/Checks (Not Held) | 151215 | 5460383250 | Holy Jerusalem Church | 10.00 | 9.07 |
| 06/03/07 | Payroll | 20 Payroll Adjustment | 159133 |  | P/R month of 05/2007 | 5.44 | 14.51 |

|  |  |
|---|---|
| Total Inmate Funds: | 14.51 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 25.85 |
| Funds Available: | -11.34 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/02/2007 | 11000 | Disb | Legal Postage | 7606 CMRS-PBP  Acct. #36242386 | $0.78 |
| 05/14/2007 | 11089 | Disb | Library | 2 DOC: 523 Fund Library | $6.55 |
| 05/14/2007 | 11090 | Disb | Library | 2 DOC: 523 Fund Library | $16.45 |
| 05/17/2007 | 11136 | Disb | Legal Postage | 7606 CMRS-PBP  Acct. #36242386 | $0.97 |
| 06/07/2007 | 1.05 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $1.10 |
|  |  |  |  | **Total Restrictions:** | **$25.85** |

1:07-cv-01189-HAB-JAG    # 2    Page 6 of 6

Date: 6/11/2007
Time: 10:08am
d_list_inmate_trans_statement_composite

Western Illinois Correctional Center
Trust Fund
View Transactions

Page 1

**Inmate:** N03392 Griffin, Dwayne      **Housing Unit:** WIL-01-B -26

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
|  |  |  |  |  | **Beginning Balance:** |  | 0.00 |
| 05/08/07 | Mail Room | 04 Intake and Transfers In | 128215 | 62946 | Pontiac C.C. | -4.67 | -4.67 |
| 05/11/07 | Payroll | 20 Payroll Adjustment | 131133 |  | P/R month of 04/2007 | 1.70 | -2.97 |
| 05/18/07 | Mail Room | 04 Intake and Transfers In | 138215 | 63109 | Pontiac C.C. | 2.04 | -.93 |
| 05/31/07 | Mail Room | 01 MO/Checks (Not Held) | 151215 | 5460383250 | Holy Jerusalem Church | 10.00 | 9.07 |
| 06/08/07 | Payroll | 20 Payroll Adjustment | 159133 |  | P/R month of 05/2007 | 5.44 | 14.51 |

|  |  |
|---|---:|
| **Total Inmate Funds:** | 14.51 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 25.85 |
| **Funds Available:** | -11.34 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |