United States District Courts
For The ~~~~~~~~ District of Illinois
CENTRAL

Dwayne Griffin
  Plaintiff

Rod R. Blagojevich
  defendant et al.

Case No.

## Motion For Appointment Of Counsel

The undersigned petitioner Dwayne Griffin respectfully moves the court to appoint counsel for him in this cause. In support petitioner states:

1) I have been incarcerated continusly since Feb 20 2004 and am presently held in custody and residing at the Western Correctional Center in, Illinois county of Brown.

2) I am without sufficient income or assets with which to pay for the cost of these proceedings or to employ an attorney to represent me in this matter.

3) I am without the services of counsel to represent me in this matter and I wish the court to appoint counsel to represent me in this matter.

4) I have a constitutional right to access to the courts and without the assistance of counsel my access to the courts will not be adequate effective or meaningful because I don't have the fees for court costs, the attorney fees, I have ugrade education.

5) My claim/defense in this matter is not frivolous or malicious but is colorable and meritorious.

6) Since this matter concerns the condition duration of my confinement I have sought institutional/administrative review of this matter through the proper grievance procedures before this action was filed.

Dwayne Griffin   R-R-Box 196
Dwayne Griffin  M+ Sterling
#N05392)  Ill - 62353