IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DWAYNE GRIFFIN )
Plaintiff )
) Case No. _____
v. )
)
ROD R. BLAGOJEVICH )
Defendant et. AL. )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of Court          TO: Rod R Blagojevich
Central District               207 State house
of Illinois                    Springfield Illinois
211-19th Street Rock Island    62494-9277
Ill 61201

PLEASE TAKE NOTICE that on June 28th, 2007, I have filed with the U.S. Mail through the Western C.C. Correctional Center the following documents, properly addressed to the parties above: Civil Rights Complaint (6) Grievance Appeals Judgements decision motion for Appointment of Counsel Financial Affidavit

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: 6-28-07

/s/ Dwayne Griffin
NAME: DWAYNE GRIFFIN
IDOC#: N03392
Western C.C. Correctional Center
P.O. BOX 196
Mt Sterling, IL 62353

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DWAYNE GRIFFIN )
Plaintiff )
) Case No. _____
v. )
)
Rod R. Blagojevich )
Defendant et. AL.

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of Court
Central District
Of Illinois
211 - 19th Street Rock Island
ILL 61201

TO: Roger E Walker JR
1361 Concordia Court
Springfield Illinois
62794

PLEASE TAKE NOTICE that on June-28th, 2007, I have filed with the U.S. Mail through the Western C.C. Correctional Center the following documents, properly addressed to the parties above: Civil Rights Complaint (6) Grievance Appeals Judgements decision motion for Appointment of Counsel Financial Affidavit

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: 6-28-07

/s/ Dwayne Griffin
NAME: DWAYNE GRIFFIN
IDOC#: N03392
Western C.C. Correctional Center
P.O. BOX 196
Mt Sterling, IL 62353

IN THE
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

DWAYNE GRIFFIN )
Plaintiff )
) Case No. _____
v. )
)
Rod. R. Blagojevich )
Defendant et. AL. )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of Court        TO: Eddie Jones
Central District             700 West Lincoln
of Illinois                  Street Pontiac
211 19th Street Rock Island  Illinois 61764
Ill 61201

PLEASE TAKE NOTICE that on June 28th, 2007, I have filed with the U.S. Mail through the Western C.C. Correctional Center the following documents, properly addressed to the parties above: Civil Rights Complaint (6) Grievance Appeals Judgements decision motion for Appointment of Counsel Financial Affidavit

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: 6-28-07        /s/ Dwayne Griffin
                     NAME: DWAYNE GRIFFIN
                     IDOC#: N03392
                     Western C.C. Correctional Center
                     P.O. BOX 196
                     Mt Sterling, IL 62353

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DWAYNE GRIFFIN )
Plaintiff )
) Case No. _____
v. )
)
Rod R. Blagojevich )
Defendant et. AL. )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of Court
Central District
of Illinois
211-19th Street-Rock Island
ILL 61201

TO: Robert Smithson
700 West Lincoln
Street Pontiac
Illinois-61764

PLEASE TAKE NOTICE that on June 28th, 2007, I have filed with the U.S. Mail through the Western C.C. Correctional Center the following documents, properly addressed to the parties above: Civil-Rights-Complaint ⑥ Grievance-Appeals-Judgements-decision-motion-for-Appointment-of-Counsell-Financial-Affidavit

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: 6-28-07

/s/ Dwayne Griffin
NAME: DWAYNE GRIFFIN
IDOC#: N03392
Western- C.C. Correctional Center
P.O. BOX 196
Mt-Sterling, IL 62353

IN THE
<u>UNITED STATES DISTRICT COURT</u>
<u>CENTRAL DISTRICT OF ILLINOIS</u>

<u>DWAYNE GRIFFIN</u> )
Plaintiff )
) Case No. _____
v. )
)
<u>Rod. R. Blagojevich</u> )
Defendant <u>et. AL.</u>

## PROOF/CERTIFICATE OF SERVICE

TO: <u>Clerk of Court</u>    TO: <u>JOHN MCNABB</u>
<u>Central District</u>    <u>700 West Lincoln</u>
<u>of Illinois</u>    <u>Street Pontiac</u>
<u>211-19th Street Rock Island</u>    <u>Illinois 61764</u>
<u>ILL 61201</u>

PLEASE TAKE NOTICE that on <u>June 28th</u>, 20<u>07</u>, I have filed with the U.S. Mail through the <u>Western C.C.</u> Correctional Center the following documents, properly addressed to the parties above: <u>Civil Rights Complaint (6) Grievance Appeals Judgements decision motion for Appointment of Counsel Financial Affidavit</u>

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: <u>6-28-07</u>    /s/ <u>Dwayne Griffin</u>
NAME: <u>DWAYNE GRIFFIN</u>
IDOC#: <u>N03392</u>
<u>Western C.C.</u> Correctional Center
P.O. BOX <u>196</u>
<u>Mt Sterling</u>, IL <u>62353</u>