E-FILED
Thursday, 30 August, 2007 04:15:03 PM
Clerk, U.S. District Court, ILCD

In The Name of Jesus-Christ
United-States-District-Court
Central-District-of-Illinois

Dwayne-Griffin #N03392          Civil-No-1189
Plaintiff
  vs.
Rod-R-Blagojevich-et-al         Harold-A-Baker
Defendants-                     Judge:

FILED
AUG 30 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Notice-of-Illinois-Appeal

An-appeal-is-hereby-taken-from-the-final
Judgement-in-the-above-entitled-cause

Plaintiff-name-Dwayne-Griffin-#N03392
Plaintiff-Address-R-R-4-Box-196-
Mt-Sterling-Illinois

Civil-Rights-Complaint-Judgement
8-22-2007

Dated-8-27-2007          Dwayne Griffin #N03392
                         Mt-Sterling-Ill
                         62353