# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:* Central District of IL

*Docket No.:* 07-1189

*Division:* Peoria

### Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)

Dwayne Griffin    *v.*  Blagojevich, et al.

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

*Name:* Dwayne Griffin, N03392     *Name:* Unknown

*Firm:* Western IL Correctional Center    *Firm:*

*Address:* R R 4, Box 196      *Address:*
Mt. Sterling, IL  622222353

*Phone:* (217) 773-4441      *Phone:*

---

*Judge:* Harold A. Baker     *Nature of Suit Code:* 550

*Court Reporter:* Toni Judd     *Date Filed in District Court:* 7/9/07

*Date of Judgment:* 8/22/07

*Date of Notice of Appeal:* 8/30/07

*Counsel:* ___Appointed  ___Retained  **✘** Pro Se

*Fee Status:* ___Paid  **✘** Due  ___IFP  ___IFP Pending  ___U.S.  ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:   ___Yes   **✘** No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted, ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**