E-FILED
Tuesday, 06 November, 2007 11:20:58 AM
Clerk, U.S. District Court, ILCD

IN THE Name of JESUS Christ

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL District of ILLINOIS

Civil No- 07-1185-

FILED
NOV 0 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dwayne Griffin
Plaintiff. #N03341
VS.
Rod R Blagojevich et al
defendant.

-07-1186-    07-3214-
-07-1187-    07-3219-
-07-1188-    07-3220-
-07-1189-    07-3221-
-07-1190-    07-3223-
-07-1202-    07-3224-

Judge Harold A Baker.

Motion For Access To The Law Library.

Now comes the Plaintiff Dwayne Griffin Pro-se IN
The Above Entitled Cause.

(1) I the Plaintiff Dwayne GRIFFIN has 13 Civil
Rights cases pending IN This court Before
Judge Harold A Baker

(2) I the Plaintiff Dwayne Griffin has Been
given Seven court orders to fulfill By
This court

(3) I the Plaintiff Dwayne Griffin has Requested
To have Access To the Law Library Here
At the Western Illinois Correctional
Center mt Sterling Illinois 62353 To
fulfill All court orders IN A Timely
Fashion To Comply with All court orders

(4) Further more without The Access To The
Law Library I The Plaintiff Dwayne
Griffin cannot fulfill All court orders

(5) in-a-timely-manner-or-to-have-copys-made-for-the-courts-or-to-Do-Research-IN-the-Plaintiff-Dwayne-Griffin-13-civil-rights-pending-cases.

(6) further-more-I-the-Plaintiff-Dwayne-has-A-Constitutional-Right-To-Access-To-the-courts.

(7) But-without-Access-To-the-Law-Library-I-the-Plaintiff-Dwayne-Griffin-Cannot-Fulfill-or-comply-with-All-Court-Orders-IN-A-Timely-Manner-

(8) The-Law-Library-Here-At-the-Western-Illinois-Correctional-Center-Mt-Sterling-Illinois-62353-Is-open-on-A-Daily-Bases-Monday-Friday.

(9) Further-more-I-the-Plaintiff-Dwayne-Griffin-PRAYS-That-This-Court-grants-The-Plaintiff-Dwayne-Griffin-motion-so-That-the-Plaintiff-can-and-will-Fulfill-and-comply-with-All-Court-Orders-IN-Timely-Manner-

Subscribed-And-sworn-To-before-me
This __23__ Day-of October __2007__

my-commission-Expires 4/22/10

*Michele Olson*
Notary-Public

"OFFICIAL SEAL"
MICHELE OLSON
COMMISSION EXPIRES 04/22/10

Respectfully-Submitted
*Dwayne Griffin*
R-R-4-Box 196
Mt-Sterling-ILL
62353