# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 18, 2007

Before

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

| | |
|---|---|
| DWAYNE GRIFFIN,<br>    Plaintiff-Appellant,<br><br>No. 07-3075                  v.<br><br>ROD R. BLAGOJEVICH, Governor,<br>ROGER E. WALKER, JR., Director of<br>Illinois Department of Corrections,<br>EDDIE JONES, Acting Warden, et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 07 C 1189<br>]<br>] Harold A. Baker,<br>]    Judge.<br>] |

FILED
DEC 20 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

The court has carefully reviewed request for leave to proceed as a pauper on appeal, the appellant's motion filed under Federal Rule of Appellate Procedure 24, the district court's order pursuant to 28 U.S.C. § 1915(a)(3) certifying that the appeal was filed in bad faith, and the record on appeal. A review of this case indicates that the appellant Dwayne Griffin is not permitted to proceed in forma pauperis under 28 U.S.C. § 1915(g). The appellant has, on three or more prior occasions, brought an action or appeal that was dismissed on the grounds that it is frivolous or fails to state a claim upon which relief may be granted. *See, e.g., Griffin v. Sheahan,* 98-cv-3670 (N.D. Ill. June 22, 1998); *Griffin v. Sheahan,* 05-cv-6763 (N.D. Ill. Dec. 19, 2005); *Griffin v. Psexico,* 1:06-cv-02566 (N.D. Ill. June 2, 2006). Accordingly,

     IT IS ORDERED that the motion for leave to proceed on appeal in forma pauperis is **DENIED**. *See Lee v. Clinton,* 209 F.3d 1025 (7th Cir. 2000). Appellant shall pay the required docketing fee within 14 days, or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b). *See Newlin v. Helman,* 123 F.3d 429, 434 (7th Cir. 1997).

     IT IS FURTHER ORDERED that the appellant is warned that a prisoner who has accumulated three strikes but brings an appeal without prepayment in violation of § 1915(g) commits a fraud on the court by seeking permission to proceed in forma pauperis after a judge has held that § 1915(g) applies to that person, and this fraud requires the immediate termination of the suit and an order forbidding further litigation. *Sloan v. Lesza,* 181 F.3d 857, 859 (7th Cir. 1999), *citing Newlin,* 123 F.3d at 436-37. Despite notification by the district courts that he has accumulated three strikes, the appellant continues to seek leave to bring actions without prepayment. Any future fraud will lead to the dismissal of the action and the entry of a filing bar.