E-FILED
Tuesday, 15 January, 2008  11:08:00 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date:  January 10, 2008

By the Court:

No. 07-3075

DWAYNE GRIFFIN,
       Plaintiff - Appellant

  v.

ROD R. BLAGOJEVICH, Governor, ROGER E. WALKER, JR., Director of Illinois Department of Corrections, EDDIE JONES, Acting Warden, et al.,
       Defendants - Appellees

**FILED**

JAN 1 5 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Appeal from the United States District Court for the
Central District of Illinois
No. 07 C 1189, Harold A. Baker, Judge

    The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the appellate court on 12/18/07 and was given 14 days to pay the $455 filing fee.  The pro se appellant has not paid the $455 appellate fee.  Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $455 to the clerk of the district court.  The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b).  <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).


(1252-PLRA(g)-041299)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

DATE:     January 10, 2008

TO:       Pamela E. Robinson
          United States District Court
          Central District of Illinois
          151 U.S. Courthouse
          600 E. Monroe Street
          U.S. Courthouse & Federal Building
          Springfield, IL  62701
          USA

FROM:     Clerk of the Court

RE:       07-3075
          Griffin, Dwayne v. Blagojevich, Rod
          07 C 1189, Harold A. Baker, Judge

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:          Counsel of record

[ ]      United States Marshal

[ ]      United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date: _____        _____
(1202-052495)                                Deputy Clerk, U.S. District Court