# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**Dwayne Griffin**

    vs.      Case Number:  **07-1189**

**Rod R. Blagojevich, et al.**

## ORDER

    Pursuant to the **1/10/08** mandate, in appellate case number **07-3075**, from the United States Court of Appeals, Seventh Circuit **[22]**, the agency having custody of the plaintiff, **Dwayne Griffin,** is directed to remit the appellate docketing fee of $455 from his prison trust fund account if such funds are available. If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 15th day of January, 2008

    \_\_\_\_\_s/Harold A. Baker_____
    HAROLD A. BAKER
    U.S. District Judge